## Baldwin et al., Appellants, *v.* Stirling Bros.

(Appeal, No. 221, March T., 1932.)

OPINION BY MR. JUSTICE SIMPSON, November 28, 1932:

The parties to this appeal having agreed that the same order should be entered therein as in the case of the same plaintiffs against the American Motor Sales Company, in which an opinion is filed herewith

The order of the court below is modified, as in the case cited, and, as thus modified, is affirmed.